469 A.2d 280

Brooks v. General Accident Group, Appellant.
Petition for Allowance of Appeal
Denied April 16, 1984.

Argued October 20, 1983.  Roger Joseph Harrington, for appellant;  Alvin Frank DeLevie, for appellee.

Before McEWEN, BECK and HOFFMAN, JJ.

Affirmed.